must prevail. The fine imposed on the accused is less than $300, and there is no actual imprisonment exceeding six months. Section 10, article 7, Constitution of 1921.

The appeal is therefore dismissed.

OVERTON, J., recused.

─────────

(103 So. 825)

No. 27054.

## STATE v. Mrs. M. O. BRITTAIN.

(March 30, 1925.)

Appeal from City Court of Alexandria Ward, Parish of Rapides; J. B. Nachman, Judge.

T. A. Carter, of Alexandria (Overton & Hunter, of Alexandria, of counsel), for appellant. Percy Saint, Atty. Gen., Cleveland Dear, Dist. Atty., of Alexandria, and Percy T. Ogden, Asst. Dist. Atty., of Crowley (J. Bernard Cocke, of New Orleans, of counsel), for the State.

THOMPSON, J. For the reasons stated in case No. 27053, State v. This Defendant, 103 So. 824,[1] this court is without jurisdiction of this appeal.

The appeal is therefore dismissed.

OVERTON, J., recused.

